UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-07251 JAK (AFMx) | Date | October 8, 2020 |
|---|---|---|---|
| Title | Charles J. Jones v. Melissa Gilliland Jones, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| V.R. Vallery for Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Charles Jones ("Plaintiff") brought this action on August 11, 2019, advancing 11 causes of action against four named defendants. Dkt. 1. Plaintiff has amended the complaint twice, and the operative complaint (the "SAC") now advances only a single cause of action for relief under the Declaratory Judgment Act, 28 U.S.C. § 2201, and names only one defendant, Melissa Gilliland (Jones) ("Defendant"). *See generally* Dkt. 75. The SAC seeks a declaration that a Decree of Divorce issued by the Chancery Court for Wilson County, Tennessee (the "Divorce Decree"), is void. *Id.* ¶¶ 46-62. The SAC also seeks injunctive relief against any enforcement of the Divorce Decree, nominal damages of $50,000, compensatory damages of $500,000, punitive damages of $1,000,000, and attorney's fees and costs. *Id.* at 12-13.

On September 30, 2020, an Order to Show Cause Regarding Subject Matter Jurisdiction issued (the "OSC" (Dkt. 80)), which directed each party to submit a brief on or before October 5, 2020, addressing whether there is subject matter jurisdiction over this action. Defendant filed a timely response ("Defendant's Response"). Defendant argues that the SAC does not make a sufficient showing that there is subject matter jurisdiction. Dkt. 81. Plaintiff did not file a timely response. On October 6, 2020, an Order issued providing Plaintiff a final opportunity to respond to the OSC by setting a new deadline of October 12, 2020 to respond to the OSC. On October 7, 2020, Plaintiff filed a response to the OSC ("Plaintiff's Response"). Dkt. 83. Plaintiff's Response provides a generic statement of law regarding subject matter jurisdiction and revisits the factual allegations in the SAC. However, Plaintiff's Response does not address any of the legal authority or issues presented by the OSC.

For the reasons stated in the OSC, because there is no federal jurisdiction over this action, it is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | vrv |